IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| BERNADETTE M. CHERENKO, | ) | |
| Plaintiff, | ) | 2:21-CV-00259-CRE |
| vs. | ) | |
| NEWMAR CORPORATION, | ) | |
| Defendant, | ) | |

**ORDER**

AND NOW, this 10th day of December, 2021,

Upon consideration of Defendant's motion to transfer (ECF No. 4), it is HEREBY ORDERED that said motion is DENIED.

IT IS FURTHER ORDERED that Defendant shall file an Answer on or before January 10, 2022.

By the Court:

s/ Cynthia Reed Eddy
Cynthia Reed Eddy
Chief United States Magistrate Judge

cc: all registered counsel via CM-ECF